**Order entered January 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00212-CR
No. 05-14-00213-CR

**JOE POLANCO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81063-2011**

## ORDER

The Court **GRANTS** the State's motion for extension of time to file the State's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/    ADA BROWN
PRESIDING JUSTICE